Max Levin, appellee, v. Meyer J. Rubin, appellant. Gen. No. 35,742.

Opinion filed April 25, 1932.
Schofield & Wood, for appellant; Frank Schofield and David H. Kraft, of counsel. Luster & Luster and Henry Klein, for appellee; Max Luster, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

The M. Simons & Son Company, Inc., appellee, v. Jenkins & Adair, Inc., appellant. Gen. No. 35,752.

Opinion filed April 25, 1932.
Newby, McDonald & Burditt, for appellant; Geo. M. Burditt and Claire T. Driscoll, of counsel. Peden, Murphy & Ryan, for appellee; John C. Melaniphy, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Alex Getz & Company, appellee, v. Walter A. Wade, appellant. Gen. No. 35,791.

Opinion filed April 25, 1932.
Winston, Strawn & Shaw, for appellant; John C. Slade, Paul H. Moore and Chas. J. Calderini, of counsel. Loucks, Eckert & Peterson, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Martha Kovash, appellee, v. Alex Kovash, appellant. Gen. No. 35,145.

Opinion filed May 4, 1932.
T. Fred Laramie, for appellant. J. H. Silver, for appellee.
Mr. Presiding Justice Hebel delivered the opinion of the court.